No. 11-6149. Wendel R. Wardell, Jr., Petitioner v. United States.

565 U.S. 955, 132 S. Ct. 430, 181 L. Ed. 2d 280, 2011 U.S. LEXIS 7215.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 591 F.3d 1279.

No. 11-6152. Robert L. Newell, Petitioner v. United States.

565 U.S. 955, 132 S. Ct. 430, 181 L. Ed. 2d 280, 2011 U.S. LEXIS 7245.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 658 F.3d 1.

No. 11-6154. Kelly Smoak, Petitioner v. United States.

565 U.S. 955, 132 S. Ct. 429, 181 L. Ed. 2d 280, 2011 U.S. LEXIS 7151.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 11-6157. Luis Felipe Mangual, Sr., Petitioner v. United States.

565 U.S. 955, 132 S. Ct. 429, 181 L. Ed. 2d 280, 2011 U.S. LEXIS 7162.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 432 Fed. Appx. 271.

No. 11-6158. William Holmes, Petitioner v. United States.

565 U.S. 955, 132 S. Ct. 431, 181 L. Ed. 2d 280, 2011 U.S. LEXIS 7221.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 429 Fed. Appx. 7.

No. 11-6159. Robert Sherman Berry, Petitioner v. United States.

565 U.S. 955, 132 S. Ct. 431, 181 L. Ed. 2d 280, 2011 U.S. LEXIS 7149.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 624 F.3d 1031.

No. 11-6163. Ten Choup, Petitioner v. United States.

565 U.S. 955, 132 S. Ct. 431, 181 L. Ed. 2d 280, 2011 U.S. LEXIS 7248.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 11-6167. Dino Wayne Kyzar, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections, et al.

565 U.S. 955, 132 S. Ct. 431, 181 L. Ed. 2d 280, 2011 U.S. LEXIS 7174.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 430 Fed. Appx. 630.

No. 11-6169. Angel Garcia-Alvarez, Petitioner v. United States.

565 U.S. 955, 132 S. Ct. 432, 181 L. Ed. 2d 280, 2011 U.S. LEXIS 7206.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.